UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the matter of:                )
                                 )
1st. IN Bank                     )   Case Number  98c1196
                                 )
    -v-                          )   Judge  JUDGE CONLON
                                 )
Andersen et al.                  )
                                 )

*Sent for Microfilming MAY 5 – 1998*
*DOCKETED MAY 5 – 1998*

## TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR REASSIGNMENT

The above captioned cause having been assigned to the calendar of Judge ___Castillo___ in error; it is recommended that the assignment be vacated and the case be reassigned to the calendar of Judge ___Conlon___. The reasons for the reassignment are indicated on the reverse of order.

MICHAEL W. DOBBINS
_____
               Clerk

_____
          Deputy Clerk

Dated: APR 2 9 1998

*************************************************************

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned cause be and the same is hereby reassigned to the calendar of Judge _____.

ENTER:
FOR THE EXECUTIVE COMMITTEE

_____
         Chief Judge

Dated: 4/30/98

13

This case should have been directly assigned to Judge _Conlon_.