UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION
ROCKFORD, ILLINOIS 61101

CLERK'S OFFICE
Michael W. Dobbins

ROOM 252 FEDERAL BUILDING
211 SOUTH COURT STREET

Judge Conlon
219 South Dearborn Street
Chicago, IL  60604
97-C-50366

DOCKETED
FEB 27



Dear Sir:

Enclosed is the certified record which is being transferred to your Court pursuant to an order entered by the Honorable Chief Judge Aspen on February 23, 1998. The filing fee of $150.00 was paid by the plaintiff and has been reported to Washington as an earning in this office. Please acknowledge receipt of the record on the enclosed copy of this letter.

Very truly yours,

MICHAEL W. DOBBINS, Clerk

By Adina Sears
    Deputy Clerk

New Case No._____

17

Proceedings include all events.
1:98cv1196    1st IN Bk v. Andersen, et al                                    52BH

                                                    52BH
                        U.S. District Court
             Northern District of Illinois (Chicago)

              CIVIL DOCKET FOR CASE #: 98-CV-1196

1st IN Bk v. Andersen, et al                          Filed: 10/29/97
Assigned to: Hon. Suzanne B. Conlon
Demand: $77,000                             Nature of Suit: 220
Lead Docket: None                           Jurisdiction: Diversity
Dkt # : is 3:97-cv-50366

Cause: 28:1332 Diversity-Mortgage Foreclosure


FIRST INDIANA BANK                    Barry M. Fisher
     plaintiff                        [COR LD NTC A]
                                      Fisher & Fisher, P.C.
                                      120 North LaSalle Street
                                      Suite 2520
                                      Chicago, IL 60602
                                      (312) 372-4784


     v.


DOUGLAS J ANDERSEN
     defendant


KATHLEEN J ANDERSEN
     defendant


AMCORE BANK BRYNWOOD
     defendant


CITY OF ROCKFORD WATER                Ronald N. Schultz
DEPARTMENT                            [NTC]
     defendant                        City of Rockford, Department of
                                      Law
                                      425 East State Street
                                      Suite 504
                                      Rockford, IL 61104
                                      (815) 987-5549


ROCK RIVER WATER RECLAMATION
DISTRICT
     defendant

```
Docket as of May 5, 1998 10:     m                Page 2

Proceedings include all events.
1:98cv1196       1st IN Bk v. Andersen, et al                        52BH

10/29/97  1      COMPLAINT   - Civil cover sheet - Appearance(s) of Barry
                 M. Fisher as attorney(s) for plaintiff ( 5 summons(es)
                 issued.) ( Documents: 1-1 through 1-3) (cb)
                 [Entry date 11/06/97]

10/29/97  --     RECEIPT regarding payment of filing fee paid; on 10/29/97
                 in the amount of $ 150.00,  receipt # 502026. (cb)
                 [Entry date 11/06/97]

10/29/97  --     This matter is referred to the Hon. P. Michael Mahoney
                 pursuant to General Rule 1.71. (cb) [Entry date 11/06/97]

11/10/97  --     SCHEDULE set on 11/10/97 by Hon. P. Michael Mahoney :
                 Written Status report due 12/9/97 . Mailed notice (gg)

11/17/97  2      STATUS REPORT by plaintiff 1st IN Bk (ds)
                 [Entry date 11/18/97]

12/1/97   3      RETURN OF SERVICE executed upon defendant Rock River Water
                 on 11/11/97 (as) [Entry date 12/03/97]

12/1/97   4      RETURN OF SERVICE executed upon defendant Cty of Rkfd Water
                 on 11/7/97 (as) [Entry date 12/03/97]

12/1/97   6      RETURN OF SERVICE executed upon defendant AmCore Bk
                 Brynwood on 11/7/97 (as) [Entry date 12/03/97]

12/1/97   5      RETURN OF SERVICE unexecuted - as to defendant Douglas J
                 Andersen, defendant Kathleen J Andersen (docketed wrong on
                 12/03/97) (as) [Entry date 12/16/97]

12/17/97  --     SCHEDULE set on 12/17/97 by Hon. P. Michael Mahoney :
                 Written status report received and accepted.  Next written
                 Status report due 3/30/98 . Mailed notice (gg)

12/22/97  7      ANSWER to complaint to foreclose mortgage by defendant Cty
                 of Rkfd Water (Exhibit) (as) [Entry date 12/23/97]

12/22/97  7      ANSWER to complaint by defendant City of Rockford Water
                 (Exhibit). (dk) [Entry date 02/27/98]

12/29/97  8      MOTION by plaintiff 1st IN Bk for publication ; notice of
                 motion (ds)

12/29/97  9      AFFIDAVIT of Plaintiff regarding motion for publication
                 [8-1] (ds)

12/29/97  8      MOTION by plaintiff for publication ; Notice of motion. (dk)
                 [Entry date 02/27/98]

1/7/98    10     ORDER for publication (as) [Entry date 01/09/98]
```

```
Docket as of May 5, 1998 10:  pm              Page 3

Proceedings include all events.
1:98cv1196     1st IN Bk v. Andersen, et al                    52BH

 1/7/98    11    MINUTE ORDER of 1/7/98  by Hon. Philip G. Reinhard :
                 Plaintiff's motion for publication is granted [8-1].  Enter
                 order for publication.  Mailed notice (as)
                 [Entry date 01/09/98] [Edit date 01/27/98]

 1/20/98   12    MOTION by plaintiff 1st IN Bk to amend a typographical
                 error ; notice of motion (ds) [Edit date 01/27/98]

 1/20/98   12    MOTION by plaintiff to amend a typographical error ;
                 Notice of motion. (dk) [Entry date 02/27/98]

 1/23/98   13    ORDER (ds) [Edit date 01/27/98]

 1/23/98   14    MINUTE ORDER of 1/23/98  by Hon. P. Michael Mahoney :
                 Plaintiff's motion to amend a typographical error granted
                 [12-1] Mailed notice (ds) [Edit date 01/27/98]

 1/23/98   15    MINUTE ORDER of 1/23/98  by Hon. Philip G. Reinhard :
                 Plaintiff's notice of motion set for 9:00a.m. on 01/21/98
                 is stricken.  Counsel for plaintiff to reset the motion to
                 amend a typographical error before Magistrate Mahoney.
                 Mailed notices (as) [Entry date 01/26/98]
                 [Edit date 01/27/98]

 2/19/98   --    ALIAS SUMMONS issued as to defendant Kathleen J Andersen,
                 defendant Douglas J Andersen (as) [Entry date 02/23/98]

 2/20/98   --    TRANSFER of case to Eastern Division by Certified Mail (Z
                 034 401 594). (as) [Entry date 02/23/98]
                 [Edit date 02/23/98]

 2/20/98   --    MINUTE ORDER of 2/20/98  by Hon. Philip G. Reinhard :
                 transferring case to the Eastern Division from Judge
                 Reinhard to Judge Conlon .  No notice (as)
                 [Entry date 02/23/98]

 2/20/98   16    REASSIGNMENT  ORDER of 02/05/98.  Case reassigned to Hon.
                 Suzanne B. Conlon from Judge Philip Reinhard pursuant to
                 local General Rule 2.31 (For futher detail see order).  No
                 notice (as) [Entry date 02/23/98]

 2/25/98   17    ORIGINAL file consisting of one volume of pleadings (Items
                 1-16), certified copy of transfer order docket sheet
                 received from Western Division [ 97 C 50366]; case assigned
                 to Hon. Ruben Castillo . (dk) [Entry date 02/27/98]

 5/1/98    13    REASSIGNMENT ORDER of 04/30/98: Case reassigned to
                 Honorable Suzanne B. Conlon from Honorable Rueben Castillo.
                  (For further detail see order.) Mailed notice (dk)
                 [Entry date 05/05/98]

[END OF DOCKET: 1:98cv1196]

D^K^T^R^P^T 1:98cv1196           5/05/98           Northern District of Illinois
```